**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1992**

_____

OLUWATOYIN OSUNFUNMIPE ADEKANMBI, a/k/a Oluwatoyin Osunfunmipe Adesina,

      Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

      Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: July 19, 2011         Decided: August 11, 2011

_____

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Paul S. Allen, PAUL SHEARMAN ALLEN AND ASSOCIATES, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Shelley R. Goad, Assistant Director, Jennifer P. Levings, Senior Litigation Counsel, UNITED STATES DEPARTMENT OF JUSTICE, Office of Immigration Litigation, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oluwatoyin Osunfunmipe Adekanmbi, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) upholding the immigration judge's denial of her motion for a continuance. We have reviewed the record and Adekanmbi's claims and find no abuse of discretion. See Lendo v. Gonzales, 493 F.3d 439, 441 (4th Cir. 2007). We therefore uphold the denial of Adekanmbi's motion for the reasons stated by the Board, see In re Adekanmbi (B.I.A. July 30, 2010), and deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2